UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:26-cr-166 |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| DANIEL ALAN LOMBARDINO | ) | |

-FILED-
NOV 18 2026
At ____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

From on or about June 25, 2026, to July 7, 2026, both dates being approximate and inclusive, in the Northern District of Indiana,

**DANIEL ALAN LOMBARDINO**

defendant herein, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**

From on or about July 15, 2026, to July 22, 2026, both dates being approximate and inclusive, in the Northern District of Indiana,

**DANIEL ALAN LOMBARDINO**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**

From on or about September 11, 2026, to September 18, 2026, both dates being approximate and inclusive, in the Northern District of Indiana,

**DANIEL ALAN LOMBARDINO**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

**<u>COUNT 4</u>**

From on or about October 8, 2026, to October 13, 2026, both dates being approximate and inclusive, in the Northern District of Indiana,

**DANIEL ALAN LOMBARDINO**

defendant herein, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 5**

From on or about November 3, 2026, to November 5, 2026, both dates being approximate and inclusive, in the Northern District of Indiana,

**DANIEL ALAN LOMBARDINO**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 5 of the Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853.

2. Upon conviction of an offense in violation of Title 21, United States Code, Section 841 alleged in Counts 1 through 5 of the Indictment, defendant **DANIEL ALAN LOMBARDINO**, shall forfeit to the United States of America pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code 982(b)(1).

A TRUE BILL

*/s/ Foreperson*
FOREPERSON

ADAM L. MILDRED
UNITED STATES ATTORNEY

By: */s/ Ambris Saravanan*
Ambris Saravanan
Assistant United States Attorney