**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

UNITED STATES OF AMERICA

Plaintiff,

v. CASE NUMBER: 2:26-cr-166

DANIEL ALAN LOMBARDINO
*also known as*
DANIEL LOMBARDINO

Defendant.

# APPEARANCE

To the Clerk of this court and all parties of record:

I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for **Daniel Alan Lombardino**.

Respectfully submitted,

Northern District of Indiana
Federal Community Defenders, Inc.

By: s/ Adam Tavitas
Adam Tavitas
2929 Carlson Drive Suite 101
Hammond, IN 46323
Phone: (219) 937-8020
Fax: (219) 937-8021
Adam_tavitas@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

s/ Adam Tavitas